IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:05-CR-20 (HL) |
| GERALD WAYNE BROGDON, : | |
| Defendant : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 103) filed July 15, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 15th day of August, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**